# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MOHAMMAD YUSUF

                      Plaintiff,

v.                                             Case No.: 1:24–cv–01394
                                                   Honorable Nancy L. Maldonado

Chicago Police Department

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: A Rule 16 initial status hearing is set for 5/14/24 at 10:00 a.m. in person in Courtroom 1925. By 5/7/24 the parties shall file a joint Initial Status Report that complies with the Court's standing order, which can be found on the Court's website. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.