**Affidavit of SPECIAL PROCESS SERVER**

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
Case Number  **1:24-CV-01394**

**MOHAMMAD YUSUF**

v.

**CITY OF CHICAGO, A MUNICIPLE CORPORATION**

I, **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | ALIAS SUMMONS, COMPLAINT, EXHIBIT(S), |
| ON THE WITHIN NAMED DEFENDANT | CITY OF CHICAGO, A MUNICIPLE CORPORATION C/O CITY OF CHICAGO CITY HALL |
| PERSON SERVED | ANTOINETTE PACHECO, EMPLOYEE AUTHORIZED TO ACCEPT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 4/15/2024 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | OTHER | **Age** | 50S |
| **Height** | 5'4" | **Build** | AVERAGE | **Hair** | SALT & PEPPER |

LOCATION OF SERVICE   **121 S LASALLE ST**
                                        **CHICAGO, ILLINOIS 60603**

| | |
|---|---|
| Service GPS | -87.63089 41.8829 |
| Date Of Service | 4/15/2024 |
| Time | 11:06 AM |

JOHN VALLE                                                         4/15/2024
**SPECIAL PROCESS SERVER**      115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                                         4/15/2024

Total:  **$100.00**

*14362A*

| | | |
|---|---|---|
| Law Firm ID:  **GB LAW** | Firm # | Case Return Date:  **06/03/2024** |