IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOHAMMAD YUSUF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 24-cv-01394 |
| v. | ) |
| | ) Hon. Nancy L. Maldonado |
| | ) |
| CITY OF CHICAGO, | ) Magistrate Judge Maria Valdez |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED SECOND MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City") through its attorney, the Office of the Corporation Counsel for the City of Chicago, moves for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b)(1)(A).

1. Plaintiff Mohammad Yusuf ("Plaintiff"), filed his Complaint on February 19, 2024. Dkt. No. 1. Plaintiff has been employed by the Chicago Police Department ("CPD") as a Police Officer since 2004. *See* Plaintiff's Complaint, Dkt. No. 1, ¶ 2. At the time Plaintiff was hired, he self-reported his race as "Caucasian." ¶¶ 10, 11. Plaintiff wishes to change his racial designation to "North African." *Id.* at. ¶ 2. Plaintiff alleges he is unable to change his racial designation because "a blanket prohibition against amending officers' racial designation exists" at CPD. *Id.* at ¶ 14. Plaintiff further alleges that he applied for the position of Sergeant and took the 2019 Sergeant's exam but has not been promoted to sergeant. *Id.* at ¶ 49.

2. Plaintiff's Complaint sets forth 5 counts for 1) discrimination on the basis of race in violation of Title VII related to Plaintiff's allegation that he was not permitted to change his

1

self-reported racial identity; 2) discrimination on the basis of race in violation of Title VII related to Plaintiff's allegation he was denied a promotion; 3) violation of the Equal Protection clause of the 14th Amendment of the U.S. Constitution pursuant to 42 U.S.C. § 1983; 4) violation of 42 U.S.C. § 1981; and 5) Violation of the 1st Amendment of the U.S. Constitution.

3. The City was served on or about April 15, 2024. Dkt. No. 7.

4. On May 8, 2024, the Court ordered Defendant to appear by May 22, 2024. Dkt. No. 9. The undersigned counsel entered his appearance on May 10, 2024. Dkt. No. 10.

5. On May 10, 2024, the City filed a motion for extension of time to answer or otherwise please in response to Plaintiff's Complaint. Dkt. No. 11. On May 13, 2024, the Court granted the City's motion for extension of time and ordered that the City's answer is due on June 14, 2024. Dkt. No. 12.

6. The undersigned counsel is diligently working to investigate this matter and to prepare a responsive pleading, but and will require additional time to fully respond to each of the 5 counts set forth in Plaintiff's Complaint. Accordingly, the City respectfully requests an additional 28-day extension of time until July 15, 2024 to answer or otherwise plead.

7. Counsel for the City conferred with Plaintiff's counsel via email on June 10, 2024, and Plaintiff's counsel indicated that Plaintiff does not oppose the City's motion for extension of time.

8. This is the City's second request for an extension of time to answer Plaintiff's Complaint.

9. This motion is not made for the purpose of delay. If granted, this extension of time will not result in prejudice to Plaintiff.

Accordingly, the City respectfully requests a 28-day extension of time to answer or otherwise plead in response to Plaintiff's Complaint until July 15, 2024.

Respectfully Submitted,

*/s/ Derek R. Kuhn*_____
Derek R. Kuhn
Chief Assistant Corporation Counsel

City of Chicago, Department of Law
Employment Litigation Division
2 N. LaSalle Street, Suite 640
Chicago, IL 60602
312-744-0898
Derek.kuhn@cityofchicago.org