**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MOHAMMAD YUSUF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24-cv-01394 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS**

1. Personnel Contact Form

2. Lieutenant Promotion Process

3. EEOC Charge