IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOHAMMAD YUSUF, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-cv-01394 |
| | ) Hon. Joan B. Gottschall |
| CITY OF CHICAGO, | ) Magistrate Judge Maria Valdez |
| Defendant. | ) |

**DEFENDANT CITY OF CHICAGO'S MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant City of Chicago (hereinafter "the City"), by and through its attorney, the Office of the Corporation Counsel, respectfully submits its Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and states the following:

1) Plaintiff Mohammad Yusuf ("Plaintiff") filed his First Amended Complaint ("FAC") on October 31, 2024. (ECF No. 37).

2) In the FAC, Plaintiff alleges that he selected the racial designation of "Caucasian" on an employment form that he submitted to the Chicago Police Department ("CPD") in 2004, despite not identifying as white. Plaintiff alleges that he later requested that his racial designation be changed from Caucasian to African-American. Plaintiff asserts that he has been unable to change his racial demographic information as part of a blanket CPD prohibition on such changes. Plaintiff further alleges that his racial designation on the 2004 form impacted his non-promotion to Sergeant in 2021.

3) Plaintiff sets forth five Counts in his Complaint: violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII") and violation of the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution pursuant to 42 U.S.C. §1983 ("Section 1983") due to his inability to update his racial designation (Count I); violation of 42 U.S.C. §1981

("Section 1981") due to his non-promotion (Count II); a *Monell* violation, pursuant to Section 1983, due to his inability to update his racial identity designation (Count III); a *Monell* violation, pursuant to Section 1983, due to his non-promotion (Count IV); and a claim for Declaratory Relief (Count V).

    4)     Plaintiff's Title VII and Equal Protection claims fail because Plaintiff does not allege that race was the motivating factor in his inability to change the racial designation in his personnel paperwork, because he does not allege that similarly situated employees were allowed to update their racial designation, and because he fails to allege the existence of an adverse employment action.

    5)     Plaintiff's Section 1983 Monell claims fail because he does not identify a constitutional deprivation that he suffered, and he does not plausibly allege that a municipal policy or practice was the moving force behind a constitutional deprivation.

    6)     Plaintiff's Section 1981 claim fails because Section 1981 does not provide for a private right of action against state actors, and Plaintiff failed to set forth sufficient allegations to bring his Section 1981 claim via a Monell theory. Further, Plaintiff is admittedly not a member of the class that he alleges has been injured (white), and he fails to set forth facts to support any plausible inference that any decisionmaker accessed, considered, or relied upon his personnel paperwork in making promotional decisions.

    7)     Plaintiff's separate count for declaratory relief fails because requests for declaratory judgments are not independent causes of action.

    WHEREFORE, for the reasons stated above, and set forth in the City's Memorandum in Support of its Motion to Dismiss, the City respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice, and any other relief that this Honorable Court deems just and proper.

| | |
|---|---|
| Dated: November 14, 2024 | Respectfully submitted, |
| | Office of the Corporation Counsel |
| | By: *s/ Benjamin H. Cook* <br> Benjamin H. Cook |
| City of Chicago, Department of Law <br> Employment Litigation Division | Assistant Corporation Counsel |
| 2 North LaSalle Street, Suite 640 | Derek R. Kuhn |
| Chicago, Illinois 60602 | Chief Assistant Corporation Counsel |
| (312) 742-3931/744-0898 | |
| Benjamin.Cook@cityofchicago.org | |
| Derek.Kuhn@cityofchicago.org | |