IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOHAMMAD YUSUF, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, a municipal corporation, ) <br> Defendant. ) | Case No. 1:24-cv-01394 <br><br> Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COUNT II

## & SUPPLEMENT TO

## RESPONSE TO DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS (DKT38) PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COMES Plaintiff Yusuf by one of his counsel, Christopher Cooper, and states as follows:

Plaintiff voluntarily dismisses Count II (42 USC 1981) without prejudice.

**DATED: 12-4-2024**

Respectfully Submitted,
s\Christopher Cooper, ESQ., Plaintiff's Counsel
Law Office of Christopher Cooper, INC.
426 N. Broad Street, Griffith, IN 46319
Tel: 312 473 2968; 219 228 4396 FAX: 866 334 7458; E-mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE: The undersigned certifies he caused the foregoing to be filed on 12-4-2024 and that Defendant is a registered e-filer. s\Christopher Cooper