## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

MOHAMMAD YUSUF

                          Plaintiff,

v.                                         Case No.: 1:24–cv–01394
                                         Honorable Joan B. Gottschall

Chicago Police Department, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: Upon consideration of the redline [48–1] copy of plaintiff's second amended complaint, further briefing is not requested. Defendant's motion [38] to dismiss the first amended complaint is taken under advisement and is deemed to apply to the second amended complaint with the exception of former count II, which plaintiff deleted from the second amended complaint. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.